AO 450 Judgment in a Civil Case

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

**Jeffrey P Spencer**

V.

**JUDGMENT IN A CIVIL CASE**

**Delta Air Lines, Inc.**

**CASE NUMBER:**   10cv1594-JM(WMC)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the court grants the motion to dismiss all claims alleged in the First Amended Complaint with prejudice and without leave to amend. The Clerk of Court is instructed to close the file.....................
.........................................................................................................................................................

| | |
|---|---|
| May 16, 2011 | W. Samuel Hamrick, Jr. |
| Date | Clerk |

S/ T. Lee

(By) Deputy Clerk

ENTERED ON May 16, 2011